IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BEVERLY NICHOLS,

    Plaintiff,

vs.                                          CASE NO. 5:10cv169/RS-GRJ

INTERMOUNTAIN MANAGEMENT,
LLC and IMM-ICH, LLC
a Delaware corporation,

    Defendants.
_____/

## ORDER

The relief requested by Plaintiff's Motion For Order Extending Deadline (Doc. 41) is **granted**.

**ORDERED** on May 12, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**