**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BEVERLY NICHOLS,

    Plaintiff,

vs.                                    CASE NO. 5:10cv169/RS-GRJ

FAIRFIELD BY MARRIOTT;
INTERMOUNTAIN MANAGMENT, LLC;
and IMM-ICH, LLC.,

    Defendants.
_____/

**ORDER RESCHEDULING PRETRIAL CONFERENCE
Change of Time Only**

The pretrial conference previously scheduled for Tuesday, July 5, 2011, at **9:30 a.m.** is **rescheduled for 10:30 a.m., CDT.**

**ORDERED** on June 15, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**